IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Shawn Nelson, a/k/a Shawn M. Nelson, )
)
    Petitioner, )
) Civil Action No. 3:07-2934-SB
v. )
) **ORDER**
Levern Cohen, Warden, Ridgeland )
Correctional Institution, )
)
    Respondent. )
)

    This matter is before the Court on the *pro se* Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Local Rule 73.02(B)(2)(a), this matter was referred to a United States Magistrate Judge for preliminary review.

    On June 9, 2008, Magistrate Judge Joseph R. McCrorey issued a report and recommendation ("R&R") analyzing the issues and recommending that the Court grant the Respondent's motion for summary judgment. Attached to the R&R was a notice advising the Petitioner that he may file specific, written objections to the R&R within ten days after being served with a copy. To date, no written objections have been filed.



    Absent timely objection from a dissatisfied party, a district court is not required to review, under a *de novo* or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because no objections have been filed, the Court need not conduct a *de novo* review of any portions of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

    **ORDERED** that the Respondent's motion for summary judgment is granted, and the

Petitioner's § 2254 petition is denied.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

July __9__, 2008
Charleston, South Carolina